# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Razor Capital, LLC, a Minnesota Limited Liability Company, | Civil No. 13-272 (MJD/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| HP Debt Exchange, LLC, a Texas Limited Liability Company, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated July 10, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 13) is **DENIED**.

Dated: August 16, 2013

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court