UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAZOR CAPITAL, LLC,                           CIVIL NO. 13-272 (MJD/JSM)

    Plaintiff,                                              ORDER

v.

HP DEBT EXCHANGE, LLC,

    Defendant.

The above matter came before the undersigned on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 11, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on the Court's de novo review and upon all of the files, records and proceedings herein, the Court will adopt the Report and Recommendation.

Based upon the Report and Recommendation, and the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter default judgment in favor of plaintiff Razor Capital, LLC and against defendant HP Debt Exchange, LLC;

2. Plaintiff shall file and serve the submissions regarding its damages consistent with Magistrate Judge Mayeron's recommendations within fourteen days of the entry of default judgment.

3. Defendant, through counsel admitted to practice in this District, may file and serve a response to Plaintiff's damages submission within fourteen days of the date Plaintiff files and serves its submission. The Court will then take the issue of damages under advisement and issue a separate Order on damages.

4. Plaintiff's Motion for Summary Judgment [Docket No. 79] is **DENIED** as moot. The hearing scheduled for February 6, 2015 is stricken from the Court Calendar.

Dated: January 6, 2015         s/Michael J. Davis
                               Michael J. Davis
                               Chief Judge
                               United States District Court